Viola M. CRIBB, Adm'x of the estate of Gilbert F. Gundlach, Deceased, Henry A. Balser, Adm'r of the Estate of Wilhelmina Gundlach, Deceased, and Mabel Fischer, Appellees, v. UNITED STATES of America, Appellant.

UNITED STATES v. Viola M. CRIBB, Adm'x.

No. 7624.

Circuit Court of Appeals, Sixth Circuit.

Feb. 9, 1937.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Victor C. Anderson, of Lansing, Mich., and George F. Anderson, of Kansas City, Mo., for appellee.

Before HICKS, SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

This cause coming on for hearing upon the certificate of the deputy clerk of the United States District Court for the Eastern District of Michigan, Northern Division, Bay City, Mich., and a stipulation entered into by counsel for the respective parties in the above-entitled cause, and the court being fully advised in the premises,

It is ordered and adjudged that the instant case be docketed and dismissed without costs to either party.

■

Charles L. HANFF, as Owner of THE Motor Vessel ALERT, et al., Libelants-Appellants, v. Steamtug THE RICHARD CARD, Great Neck Towing Line, Inc., Claimant-Appellee.

No. 219.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1937.

Purdy & Purdy, of New York City (Frank C. Mason, of New York City, of counsel), for appellants.

Foley & Martin, of New York City (James A. Martin and Christopher E. Heckman, both of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

■

Fred T. HANSEN v. UNITED STATES of America.*

No. 5900.

Circuit Court of Appeals, Seventh Circuit.

Oct. 7, 1936.

Thomas B. Hart, of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

Now this day come the parties by their counsel and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments.

On consideration whereof it is now here ordered and adjudged by this court that the judgment of the District Court of the United States for the Northern District of Illinois, Eastern Division, in this cause be, and the same is hereby, affirmed.

* Writ of certiorari denied 57 S.Ct. 491, 81 L.Ed. ——.